Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, C.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Timothy Bart appeals his convictions following jury trial for assault in the first degree, section 565.050, RSMo 2000; attempted forcible rape, sections 564.011 and 566.030, RSMo 2000; and armed criminal action, section 571.015, RSMo 2000; and consecutive sentences of life, 15 years, and 250 years imprisonment, respectively. In his sole point on appeal, Mr. Bart claims that the trial court erred in overruling his motion for judgment of acquittal because insufficient evidence was presented to support the convictions. The judgment of convictions is affirmed. Rule 30.25(b).

Mark Richardson, Jefferson City, MO, for Appellant Ashley Toalson.

Mark Anderson, Timothy T. Stewart, Jefferson City, MO, for Respondent Central Trust Bank.

Scott Pool, Jefferson City, MO, for Respondents James Purkett, Richard Purkett, Joseph Purkett and Diane Purkett–Johnson.

Before: BRECKENRIDGE, P.J., NEWTON and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Ashley Toalson appeals a judgment denying her claim for specific performance on an oral contract for the sale of land. She asserts the trial court erred in denying equitable relief because she had partly performed on the oral contract. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

### Ashley TOALSON, Appellant,

v.

### CENTRAL TRUST BANK, et al, James Purkett, Richard Purkett, Joseph Purkett and Diane Purkett–Johnson, Respondents.

No. WD 59434.

Missouri Court of Appeals, Western District.

May 7, 2002.

### Steve McGINNIS, Appellant,

v.

### STATE of Missouri, Respondent.

No. WD 59972.

Missouri Court of Appeals, Western District.

May 14, 2002.